STATE OF NEW JERSEY v. JOHN DAVID STRULLER.

December 23, 1985.

Petition for certification denied.

MADGE MALANDRA v. STATE OF NEW JERSEY, JUDICIARY.

December 23, 1985.

Petition for certification denied.

STATE OF NEW JERSEY IN THE INTEREST OF A.L.

December 23, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT LEE HOOK.

December 23, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. ARTHUR D. MOONEY.

December 23, 1985.

Petition for certification denied.